Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14364−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard C. Bennett
   737 Woodland Avenue
   Westville, NJ 08093

Social Security No.:
   xxx−xx−7568

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            5/20/20
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 16, 2020
JAN: jpl

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-14364-JNP
Richard C. Bennett                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Mar 16, 2020
                                Form ID: 132                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
```
db              +Richard C. Bennett,    737 Woodland Avenue,    Westville, NJ 08093-2244
518763135        Fortiva Credit Card,    PO Box 1055555,    Atlanta, GA 30348
518763137       +KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
518763138       +Lyons Doughty & Veldhuis,    PO Box 1269,    Mount Laurel, NJ 08054-7269
518763140       +Optimum Outcomes,    PO Box 58015,    Raleigh, NC 27658-8015
518763141       +Reflex Cardholder Services,    PO Box 3220,    Buffalo, NY 14240-3220
518763142        Roundpoint Mortgage Servicing Corp.,    PO Box 19409,    Charlotte, NC 28219-9409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2020 02:20:14     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2020 02:20:05      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518763132       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 17 2020 02:22:16      CB Indigo/GF,
                  PO Box 4499,    Beaverton, OR 97076-4499
518763131        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 02:25:07      Capital One Bank,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518763133        E-mail/PDF: creditonebknotifications@resurgent.com Mar 17 2020 02:26:05      Credit One Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
518763134       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 17 2020 02:26:06      Exeter Finance Corp.,
                  PO Box 166008,    Irving, TX 75016-6008
518763136       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 17 2020 02:21:20     Harley Davidson Credit,
                  PO Box 21829,    Carson City, NV 89721-1829
518763139        E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 17 2020 02:26:41      Merrick Bank,
                  PO BOx 660702,    Dallas, TX 75266-0702
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
```
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Richard C. Bennett rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```