Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14364−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard C. Bennett
   737 Woodland Avenue
   Westville, NJ 08093

Social Security No.:
   xxx−xx−7568

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Richard C. Bennett  
    Debtor(s)

Case No. 20-14364-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Nov 20, 2020      Form ID: 148      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard C. Bennett, 737 Woodland Avenue, Westville, NJ 08093-2244 |
| 518806126 | + | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 518763135 | | Fortiva Credit Card, PO Box 1055555, Atlanta, GA 30348 |
| 518763138 | + | Lyons Doughty & Veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518763140 | + | Optimum Outcomes, PO Box 58015, Raleigh, NC 27658-8015 |
| 518763141 | + | Reflex Cardholder Services, PO Box 3220, Buffalo, NY 14240-3220 |
| 518834418 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518763137 | + | RoundPoint Mortgage Servicing Corporation, KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518763142 | | Roundpoint Mortgage Servicing Corp., PO Box 19409, Charlotte, NC 28219-9409 |
| 518821375 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Nov 21 2020 02:13:00 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518763132 | + | EDI: PHINGENESIS | Nov 21 2020 02:13:00 | CB Indigo/GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 518763131 | | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518763133 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2020 21:51:18 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518763134 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Nov 20 2020 21:52:14 | Exeter Finance Corp., PO Box 166008, Irving, TX 75016-6008 |
| 518768178 | + | EDI: AISACG.COM | Nov 21 2020 02:13:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518763136 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 20 2020 22:00:00 | Harley Davidson Credit, PO Box 21829, Carson City, NV 89721-1829 |
| 518802527 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 21:53:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518763139 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 20 2020 21:52:06 | Merrick Bank, PO BOx 660702, Dallas, TX 75266-0702 |
| 518803875 | | EDI: Q3G.COM | Nov 21 2020 02:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 148 | Total Noticed: 22 |
| TOTAL: 12 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518768186 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Exeter Finance LLC jschwartz@mesterschwartz.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Richard C. Bennett rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6